**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | | |
|---|---|---|
| PENINSULA COMPONENTS, INC., | ) | Case No. ___1:26-mc-00002-MAR___ |
| | ) | |
| Plaintiff, | ) | |
| | ) | (In re U.S. Eastern District of |
| v. | ) | Pennsylvania Case No. 25-CV- |
| | ) | 00349-GAM, Subpoena) |
| PENN ENGINEERING & | ) | |
| MANUFACTURING CORP., | ) | **NON-PARTY BOSSARD, INC.'S** |
| | ) | **MOTION FOR AN ORDER TO** |
| Defendant. | ) | **QUASH IN ITS ENTIRETY** |
| | ) | **UNDER RULE 45(d)(3)** |
| | ) | **PLAINTIFF'S SUBPOENA TO** |
| BOSSARD, INC. f/k/a BOSSARD NORTH | ) | **PRODUCE DOCUMENTS** |
| AMERICA INC., | ) | |
| | ) | |
| Non-Party. | ) | |

Non-Party Bossard, Inc. f/k/a/ Bossard North America Inc. ("Bossard"), pursuant to

Federal Rule of Civil Procedure 45(d)(3) and Local Rule 7, hereby moves for an Order quashing

a second subpoena served on it by Peninsula Components, Inc. ("Peninsula"), a competitor who

seeks confidential commercial information.

1.      On January 21, 2025, Peninsula filed a Complaint in the United States District

Court for the Eastern District of Pennsylvania against Penn Engineering & Manufacturing Corp.

in the case styled *Peninsula Components, Inc. v. Penn Engineering & Manufacturing Corp.*,

Eastern District of Pennsylvania, Case No. 25-CV-00349-GAM. EDPA Dkt. 1.

2.      That Court entered a protective order on July 30, 2025. EDPA Dkt. 31.

3.      On July 25, 2025, Peninsula served a subpoena on Bossard which included four

requests for documents and electronically stored information. *See* Declaration of Michael Young

("Young Declaration"), attached hereto, at ¶ 3 & Ex. 1.

---

**Non-Party Bossard's Motion to Quash**                                                                                    **1**

4.    On August 6, 2025, Bossard supplied a response to the July 2025 Subpoena and, on September 4, 2025, Bossard supplied a supplemental response. Young Declaration ¶¶ 4–5. At no time after Bossard served the supplemental response did Plaintiff allege that Bossard's response was inadequate. *Id.* ¶ 6.

5.    Peninsula served a second subpoena on non-party Bossard which was dated April 13, 2026. Young Declaration ¶ 7 & Ex. 2.

6.    On April 20, 2026, Defendant Penn Engineering & Manufacturing Corporation ("PEM") filed a Motion for Protective Order Quashing Plaintiff's Subpoenas Issued to Eleven Non-Party Distributors Seeking Customer and Financial Information., which included a request to quash the April 13 subpoena to Bossard. EDPA Dkt. 84.

7.    Peninsula's counsel agreed to extend Bossard's deadline to respond to the subpoena until April 27, 2026. Young Declaration ¶ 8.

8.    On April 27, 2026, Bossard served objections to the subpoena on Peninsula's counsel. Young Declaration ¶ 9 & Ex. 3.

9.    On May 14, 2026, Peninsula's counsel notified the undersigned that the Pennsylvania court entered an Order and Memorandum Opinion denying PEM's Motion to Quash. EDPA Dkt. 93 & 94; Young Declaration ¶ 10.

10.    Bossard now files this motion seeking relief from this Court from the subpoena for numerous reasons. The subpoena is facially defective under Rule 45 because it commands a non-existent entity and fails to request the documents be returned to an appropriate place or location. For those reasons, the Rule requires the Court quash it. It is also untimely, it is a second subpoena to non-party Bossard, it is overly broad as to time frame and scope, and it seeks irrelevant commercially sensitive information from a competitor. The subpoena was issued for

---

**Non-Party Bossard's Motion to Quash**                                                    2

improper purposes, namely to harass Bossard which is a customer of Defendant's and competitor of Peninsula's.

For all of the reasons set forth herein and in the accompanying brief, which is supplied pursuant to Local Rule 7(d), non-party Bossard, Inc. respectfully requests that this Court quash the subpoena in its entirety and not permit Peninsula to modify the subpoena, fix the deficiencies, or serve a third one.

*/s/ Teresa B. Morio*

TERESA B. MORIO          AT0000755
for
SHUTTLEWORTH & INGERSOLL, P.L.C.
235 6th Street SE
P. O. Box 2107
Cedar Rapids, Iowa  52406-2107
(319) 365-9461 Phone
(319) 365-8443 Fax
tbm@shuttleworthlaw.com

**Attorneys for Bossard, Inc.**

---

**Non-Party Bossard's Motion to Quash**          **3**